**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 3305512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: idiaz@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CATHERINE PORCHIA and MATHILDA SILVERSTEIN, individually and on behalf of all other persons similarly situated,

Plaintiffs,

v.

SKIMS BODY, INC.,

Defendant.

Case No. 3:24-cv-02562-AMO

**NOTICE OF SETTLEMENT**

Hon. Araceli Martínez-Olguín

**TO THE COURT, THE CLERK, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in the above-captioned matter and are in the process of documenting the agreement. It is anticipated that a request for dismissal will be filed within thirty (30) days of the Date of this Notice.

Dated: January 21, 2025

Respectfully Submitted

**BURSOR & FISHER, P.A.**

By: *__/s/ Sarah N. Westcot__*
Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 3305512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: idiaz@bursor.com

*Attorneys for Plaintiffs*