| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Sarah N. Westcot (State Bar No. 264916)<br>701 Brickell Avenue, Suite 2100 |
| 3 | Miami, FL 33131<br>Telephone: (305) 3305512 |
| 4 | Facsimile: (305) 676-9006<br>E-mail: swestcot@bursor.com |
| 5 | **BURSOR & FISHER, P.A.** |
| 6 | Ines Diaz Villafana (State Bar No. 354099)<br>1990 North California Blvd., 9th Floor |
| 7 | Walnut Creek, CA 94596<br>Telephone: (925) 300-4455 |
| 8 | Facsimile: (925) 407-2700<br>E-mail: idiaz@bursor.com |
| 9 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE PORCHIA and MATHILDA SILVERSTEIN, individually and on behalf of all other persons similarly situated,<br><br>              Plaintiffs,<br>   v.<br><br>SKIMS BODY, INC.,<br><br>              Defendant. | Case No. 3:24-cv-02562-AMO<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Araceli Martínez-Olguín |

**TO THE COURT, THE CLERK, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Catherine Porchia and Mathilda Silverstein, and Defendant Skims Body, Inc. hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, as to Plaintiffs' claims against Defendant.

Dated: February 20, 2025                             Respectfully Submitted

**BURSOR & FISHER, P.A.**

By:   */s/ Sarah N. Westcot*
            Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 3305512
Facsimile:  (305) 676-9006
E-mail:  swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail:  idiaz@bursor.com

*Attorneys for Plaintiffs*

Dated: February 20, 2025                             Respectfully Submitted

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By:   */s/ Allen Sattler*
            Allen Sattler

Allen Sattler (SBN 321086)
Younjin (Jennifer) Lee (SBN 310198)
Xuan Zhou (SBN 333504)
3420 Bristol Street, 6th Floor Costa Mesa, California 92626
Telephone: (949) 743-3979

Facsimile: (949) 743-3934
asattler@constangy.com
jlee@constangy.com
xzhou@constangy.com

*Counsel for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I, Sarah N. Westcot, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

　　　　　　　　　　　　　　　*/s/ Sarah N. Westcot*
　　　　　　　　　　　　　　　　Sarah N. Westcot